FILED
2012 Oct-23  PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRACY WEBB, formerly known as** **Tracy Hope,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | Case Number  2:12-cv-2918-SLB |
| v. | ) ) | |
| **PORTFOLIO RECOVERY** **ASSOCIATES, LLC,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

The court has been advised by counsel that this case has settled.  It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case upon good cause shown within sixty (60) days, or to submit a stipulated form of final judgment within sixty (60) days.  The court retains jurisdiction to enforce any settlement the parties have reached.

   **DONE**, this 23rd day of October, 2012.

*Sharon Lovelace Blackburn*
_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE